UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br>       Plaintiff,<br>  v.<br><br>MARK FREDENBURG, an individual and d/b/a<br>Computer Techs,<br>       Defendant. | Civil Action No. 05-1710 |

## ORDER

AND NOW, this 30th day of Aug, 2006, upon consideration of the Motion of Plaintiff Microsoft Corporation to Compel Discovery, it is hereby ORDERED that the Motion is GRANTED and that:

  1.  Within seven (7) days of the entry of this Order, defendant shall provide plaintiff Microsoft Corporation ("Microsoft") a mailing address and phone number.

  2.  Within seven (7) days of the entry of this Order, defendant shall produce to plaintiff Microsoft all documents responsive to Microsoft's First Request for Production of Documents.

  3.  Within fourteen (14) days of the entry of this Order, defendant shall respond to Microsoft's Interrogatories No. 1-24 and Microsoft's First Set of Requests for Admission. In the event that defendant does not timely respond to Microsoft's First Set of Requests for Admission, said Requests shall be deemed admitted in accordance with Federal Rule of Civil Procedure 36(a).

4. Within seven (7) days of the entry of this Order, defendant shall provide proposed dates for his deposition in Pittsburgh at a location to be determined, and to be conducted following his submission of responses, if any, to Microsoft's Interrogatories and Requests for Admission.

IT IS SO ORDERED:

_____
GARY L. LANCASTER, U.S.D.J.
