IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-CV-1710 |
| | ) ) |
| MARK FREDENBURG, an individual and d/b/a COMPUTER TECHS, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

AND NOW, this _28th_ day of _Dec_____, 2006, upon consideration of the Motion of Plaintiff Microsoft Corporation for Sanctions, it is hereby ORDERED that the Motion is GRANTED and that:

1. Defendant Mark Fredenburg's amended answer filed February 13, 2006 in this matter is hereby STRICKEN; and

2. The Clerk of Court is directed to enter a default against Defendant Mark Fredenburg.

BY THE COURT:

_____
HONORABLE GARY L. LANCASTER